# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN DARELLE GASTON

NO. 2026 KW 0769

**AUGUST 10, 2026**

---

In Re:    Damien Darelle Gaston, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 869487, Division C.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT